NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

The Gillam Law Firm
1801 Century Park East
Suite 1560
Los Angeles, CA 90067
Carol L. Gillam, State Bar No. 102354
John Haubrich, State Bar No. 228341

FILED

2008 MAR 24  PM 2:42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY _____

ATTORNEYS FOR: Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU VANZANT CARTER, an individual,<br><br>Plaintiff(s),<br>v.<br><br>CARLOS GUTIERREZ, SECRETARY OF COMMERCE, EARL ESTRADA, a, individual, CHARLES SHERIDAN, an individual, and DOES 1 through 10<br>Defendant(s) | CASE NUMBER<br>**CV08-01958 GW (SHx)**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiff Lou VanZant Carter
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                 **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Lou VanZant Carter - Plaintiff
Carlos Gutierrez, Secretary of Commerce - Defendant
Earl Estrada - Defendant
Charles Sheridan - Defendant
Carol Gillam - Attorney for Plaintiff
The Gillam Law Firm - Attorneys for Plaintiff

3/24/08
Date

Sign _____

Carol L. Gillam / John Haubrich, Jr.
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)