UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU VANZANT CARTER,<br>    Plaintiff,<br><br>v.<br><br>CARLOS GUTIERREZ, SECRETARY<br>OF COMMERCE, EARL ESTRADA,<br>CHARLES SHERIDAN, and DOES 1-10<br>    Defendants. | Case No: CV08-01958 |

## DECLARATION OF M. TIMOTHY CONNER

M. TIMOTHY CONNER deposes and says:

1. I am Chief of the General Litigation Division, Office of the General Counsel, United States Department of Commerce, and in such capacity I receive, process, maintain and have custody of all documents submitted as claims pursuant to the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2671 *et seq.*, with the Department or any of its constituent agencies, including the Bureau of Industry and Security.

2. That a careful review of said records and files indicates that no claim or any submission purporting to be a claim under the FTCA has ever been received by my office from Lou Vanzant Carter or anyone acting on her behalf.

I declare under penalty or perjury, in accordance with the provisions of 28 U.S.C. § 1746, that the above statement is true and correct.

Executed by me on this 8th day of May 2008.

_____
M. TIMOTHY CONNER