THE GILLAM LAW FIRM
*A Professional Law Corporation*
CAROL L. GILLAM, State Bar No. 102354
KAMRAN KHAJAVI-NOURI, State Bar No. 233894
1801 Century Park East, Suite 1560
Los Angeles, California 90067
Telephone: (310) 203-9977
Facsimile:  (310) 203-9922
carol@gillamlaw.com; kamran@gillamlaw.com

Attorneys for Plaintiff Lou VanZant Carter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOU VANZANT CARTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CARLOS GUTIERREZ, SECRETARY OF COMMERCE, EARL ESTRADA, an individual, CHARLES SHERIDAN, an individual, and DOES 1 through 10,<br><br>　　　　Defendants. | CASE NO.: CV 08-01958 GW (SHx)<br><br>[Assigned for all purposes to the Hon. George H. Wu, Dept. 10]<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE THE DECEMBER 15, 2008 SCHEDULING CONFERENCE; DECLARATION OF CAROL L. GILLAM; PROPOSED ORDER CONTINUING THE DECEMBER 15, 2008 SCHEDULING CONFERENCE**<br><br>DATE: December 15, 2008<br>TIME: 8:30 a.m.<br>PLACE: Courtroom 10<br><br>Complaint Filed: March 24, 2008 |

　　　Plaintiff Lou VanZant Carter hereby moves to continue the Scheduling Conference in the above matter, presently set for December 15, 2008 at 8:30 a.m.

　　　Plaintiff's lead trial counsel is set to begin a five day arbitration hearing in the matter of *Walker v. University of Southern California,* AAA Case No. 72 160 001055 07 LMT on December 15, 2008.  The parties are available for a scheduling conference on the following dates:  February 6, 10, 12, 17, 24, and 25, 2009.

////

**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE THE DECEMBER 15, 2008 SCHEDULING CONFERENCE**

Defendants' counsel has represented to the undersigned that Defendants do not oppose the relief sought in this motion.

DATED: November 25, 2008.			THE GILLAM LAW FIRM
						*A Professional Law Corporation*

						By: /s/ Carol L. Gillam
						    CAROL GILLAM
						    KAMRAN KHAJAVI-NOURI
						    Attorneys for Plaintiff Lou
						    VanZant Carter

**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE THE DECEMBER 15, 2008 SCHEDULING CONFERENCE**