THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
California Bar No. 248634
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2442
    Fax No.: (213) 894-7819
    Indira.J.Cameron-Banks@usdoj.gov

Attorneys for Gary Locke, Secretary of Commerce [1]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOU VANZANT CARTER,<br><br>    Plaintiff,<br><br>    v.<br><br>GARY LOCKE, Secretary of Commerce, et al.<br><br>    Defendants. | CV 08-01958 GW (SHx)<br><br>**STIPULATION FOR COMPROMISE AND GENERAL RELEASE**<br><br>Hon. George H. Wu |

IT IS HEREBY STIPULATED by and between Plaintiff Lou Vanzant Carter("Plaintiff") and Defendant Gary Locke, in his official capacity as the Secretary of the United States Department of Commerce ("Defendant"), by and through their undersigned counsel as follows:

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Secretary Gary Locke, is substituted for former Secretary Carlos Gutierrez.

The parties do hereby agree and stipulate to settle and compromise the above-entitled action on the terms indicated herein.

1. Defendant agrees to pay and Plaintiff agrees to accept payment of One-Hundred and Twenty Five Thousand Dollars and no cents ($125,000.00) and a neutral professional reference letter in settlement of this action. Payment of this settlement amount will be made by a check drawn on the Treasury of the United States for One-Hundred and Twenty Five Thousand Dollars and no cents ($125,000.00) made payable to The Gillam Law Firm Client Trust Account.

2. The above-stated terms shall be in full settlement and satisfaction of any and all claims that Plaintiff now has or hereafter may acquire against Defendant on account of, arising out of, or in any way related to Plaintiff's employment with the Los Angeles Field Office of the Office of Export Enforcement, Bureau of Industry and Security, United States Department of Commerce, from which Plaintiff resigned in 2006.

3. In exchange for the above-stated consideration, Plaintiff consents to the entry of an Order dismissing this action in its entirety with prejudice.

4. Plaintiff agrees that she will not seek or accept employment from the U.S. Department of Commerce or any of its component parts, including but not limited to the Bureau of Industry and Security. If Plaintiff applies for such employment in violation of this Agreement, the U.S. Department of Commerce, in its sole discretion, may immediately remove her. Plaintiff further agrees to voluntarily waive all appeal rights she has and not to litigate in any forum, judicial or administrative, any claims arising from such a removal.

4. Plaintiff agrees to accept the above-stated terms in full settlement and satisfaction of any and all claims that she (and/or her heirs, executors, administrators, or assigns) may now have against Defendant or hereafter may acquire against Defendant, as well as against Defendant's agents and employees, on account of, arising out of, or in any way related to Plaintiff's employment with

the Los Angeles Field Office of the Office of Export Enforcement, Bureau of Industry and Security, United States Department of Commerce.

5.   Plaintiff hereby releases any and all claims against Defendant, as well as against Defendant's agents and employees, which Plaintiff does not know or suspect to exist in favor of Plaintiff at the time this Stipulation for Compromise and General Release is executed, and which would have materially affected this Stipulation for Compromise and General Release if such claim or claims had been known.

6.   This Stipulation for Compromise and General Release shall not constitute an admission of liability or fault on the part of Defendant, or on the part of any of Defendant's agents or employees; and Defendant specifically denies the allegations of discrimination, harassment, and retaliation alleged by Plaintiff in this action.

7.   This Stipulation for Compromise and General Release contains all the agreements between Plaintiff and Defendant and is intended to be and is the final and sole settlement between the parties.  Further, the parties agree that any other prior or contemporaneous representations or understandings not explicitly contained in this written agreement, whether written or oral, are of no further legal or equitable force or effect.  Any subsequent modifications to this agreement must be in writing, and must be signed and executed by all parties.

8.   Each and every provision of this Stipulation for Compromise and General Release shall be subject to compliance with any and all federal laws, regulations, policies and practices.

9.   Plaintiff acknowledges that she has read this Stipulation for Compromise and General Release, that she fully understands her rights, privileges and duties hereunder, and that she enters into this Stipulation for Compromise and General Release freely and voluntarily.  Plaintiff further acknowledges that she has had sufficient opportunity to consult with her counsel to explain the terms of

this Stipulation for Compromise and General Release and the consequences of signing it.

10. The undersigned attorneys represent that they and their respective clients have reviewed and understand this Stipulation for Compromise and General Release, that they are fully authorized to enter into the terms and conditions of this Stipulation for Compromise and General Release, and that they and their respective clients agree to be bound thereby.

11. The parties agree that they shall each bear their own costs and attorney's fees.

12. The parties agree that this Court shall retain jurisdiction over this action to enforce the terms of this Stipulation for Compromise and General Release.

Respectfully submitted,

DATED: May 4, 2009
THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

/s/
INDIRA J. CAMERON-BANKS
Assistant United States Attorney
Attorneys for Federal Defendants

DATED: _____, 2009
GILLAM LAW FIRM

*See Attached*
CAROL L. GILLAM
Attorneys for Plaintiffs

DATED: _____, 2009

*See Attached*
LOU VANZANT CARTER
Plaintiff

this Stipulation for Compromise and General Release and the consequences of signing it.

10. The undersigned attorneys represent that they and their respective clients have reviewed and understand this Stipulation for Compromise and General Release, that they are fully authorized to enter into the terms and conditions of this Stipulation for Compromise and General Release, and that they and their respective clients agree to be bound thereby.

11. The parties agree that they shall each bear their own costs and attorney's fees.

12. The parties agree that this Court shall retain jurisdiction over this action to enforce the terms of this Stipulation for Compromise and General Release.

Respectfully submitted,

DATED:           , 2009          THOMAS P. O'BRIEN
                                 United States Attorney
                                 LEON W. WEIDMAN
                                 Assistant United States Attorney
                                 Chief, Civil Division


                                 INDIRA J. CAMERON-BANKS
                                 Assistant United States Attorney
                                 Attorneys for Federal Defendants

DATED: May 1, 2009               GILLAM LAW FIRM

                                 *(signature)*
                                 CAROL L. GILLAM
                                 Attorneys for Plaintiffs

DATED: May 1, 2009               *(signature)*
                                 LOU VANZANT CARTER
                                 Plaintiff

4